

Scott Nichols
+1 713.405.7094 – Direct
snichols@nicholsbrar.com

23 January 2025

Office of the Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

> **Re: 3:24-cv-08749; GS Labs, LLC v. Cigna Health and Life Insurance Company, et al.; in the United States District Court for the Northern District of California**

Dear Clerk:

    Will you please sign and return the enclosed summonses so we can have the Defendants served with process? Thank you for your assistance.

Sincerely,

Scott Nichols

2402 Dunlavy Street, Suite 2000, Houston, Texas 77006